**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRETT PHILLIPS,                                                                              PLAINTIFF
ADC #651410

v.                                                    4:12CV00321-JJV

SCOTT BRADLEY, Sheriff,
Van Buren County, *et al*.                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.  The Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order would not be taken in good faith.

DATED this 30th day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE